Daniel J. McDonald (#07935)
dan@mcdonaldfielding.com
**MCDONALD FIELDING, PLLC**
The Mill at Dry Creek
175 W. Canyon Crest Road, Suite 204
Alpine, Utah 84004
Telephone: (801) 610-0010
*Attorneys for Defendant*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PAMELA WHITNEY,<br><br>    Plaintiff,<br><br>v.<br><br>MOUNTAIN TRAIL LLC, a Utah limited liability company, John Does I-X, XYZ Corporations and/or Limited Liability Companies I-X,<br><br>    Defendants. | **JURY DEMAND**<br><br>Case No. 2:18-cv-888<br><br>Judge Robert J. Shelby<br><br>Magistrate Judge Evelyn J. Furse |

Defendant, by and through its undersigned counsel, hereby demands a trial by jury on all issues so triable pursuant to the Seventh Amendment to the United States Constitution and Rule 38 of the Federal Rules of Civil Procedure.

**DATED** this 3rd day of January, 2019.

                                                  **MCDONALD FIELDING, PLLC**

                                                  /s/ Daniel J. McDonald
                                                  _____
                                                  Daniel J. McDonald
                                                  *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of January, I caused a true and correct copy of the foregoing to be served by electronic court filing notification through the Court's CM/ECF system to all participants of record.

/s/ Daniel J. McDonald