**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT, IN AND FOR THE CENTRAL DISTRICT OF UTAH

| PAMELA WHITNEY, | STIPULATED MOTION TO DISMISS |
|---|---|
| Plaintiff, vs. | Case No. 2:18-CV-888-RJS-BCW |
| MOUNTAIN TRAIL LLC, A Utah Limited Liability Company, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Judge Robert J. Shelby |
| Defendants. | |

Plaintiff, Pamela Whitney and Defendant, Mountain Trail LLC, by and through their undersigned counsel, hereby stipulate and jointly move the court for an order dismissing this matter with prejudice, each party to bear their own attorney fees and costs. A proposed order is filed and served herewith.

**[SIGNATURES ON NEXT PAGE]**

1

STIPULATED the 28th day of March, 2019.

                                          FORD & CRANE PLLC

                                          /s/ Matthew B. Crane
                                          Matthew B. Crane
                                          *Attorney for Plaintiff*

STIPULATED the 28th day of March, 2019.

                                          MCDONALD FIELDING, PLLC

                                          /s/ Daniel J. McDonald
                                          Daniel J. McDonald
                                          *Attorneys for Defendant*
                                          (Signed electronically with permission)

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 28th day of March, 2019, I caused a true and correct copy of the foregoing STIPULATED MOTION TO DISMISS to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

/s/ Matthew B. Crane