IN THE UNITED STATES DISTRICT COURT FOR

THE DISTRICT OF UTAH

| | |
|---|---|
| PAMELA WHITNEY, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>MOUNTAIN TRAIL, LLC; JOHN DOES 1-10; and LIMITED LIABILITY COMPANIES 1-10,<br><br>Defendants. | **ORDER GRANTING STIPULATED MOTION TO DISMISS**<br><br>Case No. 2:18-cv-888<br><br>Chief Judge Robert J. Shelby<br><br>Magistrate Judge Brooke C. Wells |

Having received Plaintiff Pamela Whitney's and Defendant Mountain Trail, LLC's Stipulated Motion to Dismiss,[1] and for good cause appearing, the court GRANTS the Stipulated Motion and orders the case be dismissed with prejudice, each party to bear their own costs and attorney fees. The clerk of court is directed to close the case.

SO ORDERED this 3rd day of April 2019.

BY THE COURT:

_____
ROBERT J. SHELBY
United States Chief District Judge

---

[1] Dkt. 19.